# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 647 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: **Order** of the Superior Court at No. 2927
v. : EDA 2013 filed June 24, 2014,
: **dismissing** the Judgment of Sentence of
: the Northampton County Court of
HENRY F. WORTHINGTON JR., : Common Pleas at No.
: CP-48-CR-0001981-2013 filed September
Petitioner : 30, 2013

## ORDER

**PER CURIAM**                   DECIDED: November 20, 2014

**AND NOW**, this 20th day of November, 2014, the Petition for Allowance of Appeal is hereby GRANTED. The Order of the Superior Court is VACATED and the matter is REMANDED to the trial court for the appointment of new counsel within 60 days of this order. New counsel shall assist Petitioner in his appeal to the Superior Court. Petitioner's request for the issuance of a writ of habeas corpus ad proseqendum is DENIED without prejudice to him to raise the matter in subsequent proceedings.